UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

H.J. Foy,

    Petitioner,

v.                                              Civil No. 15-2326 (JNE/LIB)
                                                ORDER

B.R. Jett, Warden,

    Respondent.

    In a Report and Recommendation dated May 11, 2015, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that Petitioner's petition for a writ of habeas corpus be denied, that his motion to proceed in forma pauperis be denied, and that this case be dismissed. No objection to the Report and Recommendation has been made. The Court accepts the recommended disposition.

    Since May 2014, Petitioner has filed four petitions for a writ of habeas corpus in the District of Minnesota. Each has been difficult to decipher. With this Order, each has been denied. Approximately one month ago, the Court denied Petitioner's petition in Civil No. 15-1901 and notified Petitioner that it "will consider barring him from filing any new pro se actions in this District relating to his civil commitment without pre-authorization from a judge" if he continues to file similar petitions or complaints. Because Petitioner had filed the present petition before the Court notified him that it might place a filing restriction on him, the Court declines to place a filing restriction on him at this time. The Court reiterates that it will consider a filing restriction on Petitioner

if he files another petition or complaint similar to those that have been rejected by this Court.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Petitioner's petition for a writ of habeas corpus [Docket No. 1] is DENIED.

2. Petitioner's motion to proceed in forma pauperis [Docket No. 2] is DENIED.

3. This action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 11, 2015

                                                s/Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge